UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

*In re:*

RYAN DUNN,   Case No.: 18-17091-BKC-EPK

_____Debtor._____ /   Chapter 7

### SUPPLEMENTAL DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR PURSUANT TO RULE 2016

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above- named Debtor and a member of Agentis PLLC. I have received compensation, post petition, of $5,000.00 ("Retainer") on August 13, 2018, in connection with the bankruptcy case, as follows:

2. The source of compensation paid to the undersigned law firm was the Debtor, Ryan Dunn.

3. The Retainer will be held as security toward the final invoice. Agentis PLLC will issue periodic due on receipt invoices to the Debtor throughout the scope of its engagement in this matter.

4. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my firm.

5. In return for the above-disclosed fee, I continued to render legal services for the Debtor through August 2018.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]



**501 Brickell Key Drive · Suite 300 · Miami, Florida 33131 · T. 305.722.2002 · www.agentislaw.com**

*I HEREBY CERTIFY* that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 1-2090(A).

        **AGENTIS PLLC**
        *Attorneys for Debtor*
        501 Brickell Key Drive, Suite 300
        Miami, Florida 33131
        T. 305.722.2002
        www.agentislaw.com

By:   */s/ Jacqueline Calderin*
       Jacqueline Calderin
       Florida Bar No.: 134414
       jc@agentislaw.com
       Matthew A. Petrie
       Florida Bar No.: 44770
       map@agentislaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on August 21st, 2018 by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

By: _____
    Jacqueline Calderin
    Florida Bar No.: 134414
    jc@agentislaw.com
    Matthew A. Petrie
    Florida Bar No.: 44770
    map@agentislaw.com