**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 18-17091-BKC-EPK |
| RYAN DUNN, | Chapter 7 |
| _____Debtor._____ / | |

### AGENTIS PLLC'S EXPEDITED MOTION TO WITHDRAW AS COUNSEL FOR THE DEBTOR

*(EXPEDITED HEARING REQUESTED ON SEPTEMBER 12, 2018 AT 10:30 a.m.)*[1]

### Basis for Expedited Relief

**The Movant is counsel of record for Ryan Dunn, the above-captioned chapter 7 debtor. As set forth in this Motion, however, counsel is unable to continue representing the Debtor in this case and the Debtor requires the opportunity to retain substitute counsel as potentially case-dispositive papers are currently before the Court.**

The law firm of Agentis PLLC ("Agentis") files this motion seeking authorization to withdraw as counsel for Ryan Dunn (the "Debtor") in the above-captioned bankruptcy proceeding pursuant to Rule 2091-1 of the Local Rules of Bankruptcy Procedure (the "Motion"). In support of this Motion, Agentis states as follows:

1. On June 13, 2018, the Debtor commenced this case by filing a voluntary petition for relief under Chapter 7 of the Bankruptcy Code [ECF #1]. As of the date of this Motion, Agentis is counsel of record to the Debtor.

2. The parties' attorney-client relationship has suffered irreconcilable differences making future representation impossible, and consequently, Agentis requests that it be relieved of all further responsibility to the Debtor in this chapter 7 case.

---

[1] The Court has scheduled a hearing on other matters in this case on September 12, 2018 at 10:30 a.m., and the Movant requests that the Court schedule a hearing on this Motion at the same time.



**501 Brickell Key Drive · Suite 300 · Miami, Florida 33131 · T. 305.722.2002 · www.agentislaw.com**

3.  Agentis has notified the Debtor of the need to seek to withdraw as counsel in the above-captioned matters.

WHEREFORE, Agentis PLLC respectfully requests this Court enter an order (a) granting Agentis leave to withdraw as counsel of record for the Debtor and (b) providing for such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the following was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case and upon the Debtor via U.S. Mail and electronic mail as indicated below on September 5, 2018.

*I HEREBY CERTIFY* that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**AGENTIS PLLC**
*Counsel for the Debtor*
501 Brickell Key Drive, Suite 301
Miami, Florida 33131
T. 305.722.2002
www.agentislaw.com

By: 
Jacqueline Calderin
Florida Bar No. 134414
jc@agentislaw.com
Matthew A. Petrie
Florida Bar Number 44770
map@agentislaw.com

**Service List**
Ryan Dunn
12161 Boca Reserve Lane
Boca Raton, FL 33428
E: dunnryan12161@icloud.com

2